IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Leo McClam, | ) | C/A No.: 3:13-1682-TLW-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Janice Thomas, RN; Dr. NFN Reddy; Dr. NFN McDonald; Disha Dave, Social Worker; Dr. Jose Chavez; Dr. Crispland Grinn; Mr. NFN James, MHS; Kia Wilson; and Carla NLN, | ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

This is a civil action filed by a pro se litigant. Under Local Civil Rule 73.02(B)(2)(e) (D.S.C.), pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge.

By orders issued on June 25, 2013, and August 2, 2013, Plaintiff was given a specific time frame in which to bring this case into proper form. [Entry #7; Entry #14]. Plaintiff has complied with the court's orders, and this case is now in proper form.

Plaintiff has also filed motions requesting an independent evaluation [Entry #16] and hearing [Entry #17] in this case. Plaintiff's amended complaint is recommended for summary dismissal in a separately filed Report and Recommendation. Therefore, Plaintiff's Motion for Independent Evaluation and Motion for Hearing are denied as moot.

**TO THE CLERK OF COURT**:

The Clerk of Court is directed not to issue the summonses or forward this matter to the United States Marshal for service of process at this time.

**TO PLAINTIFF:**

Plaintiff must place the civil action number listed above (C/A No.: 3:13-1682-TLW-SVH) on any document provided to the court pursuant to this order. Any future filings in this case must be sent to the address below. All documents requiring Plaintiff's

signature shall be signed with Plaintiff's full legal name written in Plaintiff's own handwriting. Pro se litigants shall *not* use the "s/typed name" format used in the Electronic Case Filing System. In all future filings with this court, Plaintiff is directed to use letter-sized (eight and one-half inches by eleven inches) paper only, to write or type text on one side of a sheet of paper only and not to write or type on both sides of any sheet of paper. Plaintiff is further instructed not to write to the edge of the paper, but to maintain one inch margins on the top, bottom, and sides of each paper submitted.

Plaintiff is a pro se litigant. Plaintiff's attention is directed to the following important notice:

> You are ordered to always keep the Clerk of Court advised **in writing (901 Richland Street, Columbia, South Carolina 29201)** if your address changes for any reason, so as to assure that orders or other matters that specify deadlines for you to meet will be received by you. If as a result of your failure to comply with this order, you fail to meet a deadline set by this court, **your case may be dismissed for violating this order.** Therefore, if you have a change of address before this case is ended, you must comply with this order by immediately advising the Clerk of Court in writing of such change of address and providing the court with the docket number of all pending cases you have filed with this court. Your failure to do so will not be excused by the court.

IT IS SO ORDERED.

September 3, 2013                              Shiva V. Hodges
Columbia, South Carolina                       United States Magistrate Judge